UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| John Doe 1, | |
|     Plaintiff, | Civil Action 2:18-cv-712 |
| v. | Judge Michael H. Watson |
| Ohio State University, *et al.*, | Chief Magistrate Judge Deavers |
|     Defendants. | |

---

| | |
|---|---|
| John Does 37–66, | |
|     Plaintiffs, | Civil Action 2:19-cv-3165 |
| v. | Judge Michael H. Watson |
| The Ohio State University, | Chief Magistrate Judge Deavers |
|     Defendant. | |

## ORDER

These cases involve common questions of law and fact with related cases 2:18-cv-692 and 2:18-cv-736. Pursuant to this Court's March 15, 2019 Order, ECF No. 69, 2:18-cv-692, the Court **CONSOLIDATES** these cases with the aforementioned cases during the pendency of mediation. *See* Fed. R. Civ. P. 42(a). During the period of consolidation, all filings shall be filed in Case No. 2:18-cv-692.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT